U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 28 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| Phil Perry, | |
| Plaintiff, | Civil Action No.: 13-5242 |
| v. | COMPLAINT AND DEMAND FOR JURY TRIAL |
| Walmart Credit Services, | |
| Defendant. | |

## COMPLAINT

For this Complaint, the Plaintiff, Phil Perry, by undersigned counsel, states as follows:

### JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

### PARTIES

3. Plaintiff, Phil Perry ("Plaintiff") resides in Warwick, Rhode Island and a "person" as defined by 47 U.S.C. § 153(10).

4. Defendant Wal-Mart Credit Services ("Wal-Mart"), is an Arkansas business entity with an address of 702 Southwest Eighth Street, Bentonville, Arkansas 72716 is a "person" as defined by 47 U.S.C. § 153(10).

## FACTS

5. In or around August 2013, Wal-Mart began calling Plaintiff on his cellular telephone using an automatic telephone dialing system ("ATDS").

6. When answering Wal-Mart's telephone calls, Plaintiff heard a brief period of silence before being connected to a live representative.

7. On several occasions, Plaintiff stayed on the line to speak with a live representative. During these conversations, Plaintiff requested that Wal-Mart cease the automated calls to his cellular telephone and only contact him on his residential telephone.

8. Nonetheless, Wal-Mart continued to hound Plaintiff with up to six (6) automated calls per day to his cellular telephone.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, *et seq.*

9. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

10. Without express consent, Defendant contacted Plaintiff by means of automated telephone calls on his cellular telephone in violation of 47 U.S.C. § 227(b)(1)(A)(iii). As such, each call placed to Plaintiff is a knowing and/or willful violation of the TCPA, and is therefore subject to treble damages of $1,500.00 per call pursuant to 47 U.S.C. § 227(b)(3)(C).

11. In the alternative, as a result of each negligent call made in violation of the TCPA, Plaintiff is entitled to an award of $500.00 for each call pursuant to 47 U.S.C. § 227(b)(3)(B).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendant:

1. Statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages pursuant to 47 U.S.C. § 227(b)(3)(B); and

3. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: October 23, 2013

Respectfully submitted,

By _____

Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorneys for Plaintiff