# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**PHIL PERRY**                                                                                          **PLAINTIFF**

NO.  13-5242

**GE CAPITAL RETAIL BANK**                                                          **DEFENDANT**

## CLERK'S ORDER OF DISMISSAL

On this 13th day of May, 2014, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

Dated: May 13, 2014

                        AT THE DIRECTION OF THE COURT

                        CHRISTOPHER R. JOHNSON, CLERK

                        BY:  <u>S. Cummings</u>
                              Deputy Clerk